IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                          4:12-CR-00154-02-BRW

SHANNON MARIE ADAMS                                                    DEFENDANT

## AMENDED ORDER

Pending is Defendant's Uncontested Motion for Psychiatric Evaluation and Any Necessary Treatment (Doc. No. 38). Defendant's motion is GRANTED, and IT IS THEREFORE ORDERED THAT:

1. Pursuant to 18 U.S.C. § 4241(b), a psychiatric evaluation of Defendant Adams be conducted.

2. Pursuant to 18 U.S.C. § 4242(a), a determination of Defendant Adams' sanity at the time of the alleged offense be made.

3. All psychiatric or psychological reports must be filed with the Court pursuant to 18 U.S.C. § 4247(c), and copies provided to counsel.

4. Pursuant to 18 U.S.C. § 4247(b), Defendant Adams is committed to the custody of the Attorney General so that the psychiatric evaluation may be conducted.

5. Pursuant to 18 U.S.C. § 3142(c)(x), Defendant Adams may be ordered to receive any available medical, psychological, or psychiatric treatment necessary to maintain her physical and mental health so that she will be competent for Court proceedings.

Based on 18 U.S.C. § 3161(h)(1)(A), any additional time needed for Defendant's exams is excludable under the Speedy Trial Act. The United States Marshals Service for the Eastern District of Arkansas is directed to notify the Court immediately upon receipt of Shannon Marie Adam's facility designation.

IT IS SO ORDERED this 20th day of September, 2012.

/s/BILLY ROY WILSON
UNITED STATES DISTRICT JUDGE